**Appeal Reinstated; Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 2, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00781-CV

---

### KEITH BRIAN ZACHARIAS, Appellant

### V.

### SARAH DOROTHY GISH, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE ESTATE OF CALUDIA IMWALLE ZACHARIAS, Appellee

---

**On Appeal from Probate Court No. 1
Harris County, Texas
Trial Court Cause No. 474012-401**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 15, 2020. On December 22, 2020, we abated this case and referred the parties to mediation.

On January 25, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. Appellant asserts that the parties attended mediation and settled the claims, rendering the matters on appeal moot. We reinstate the appeal, grant appellant's motion, and dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Jewell and Poissant.